\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A MISCELLANEOUS CASE

| | | |
|---|---|---|
| **MAURICE S. VAUGHN and MO VAUGHN INVESTMENTS LLC,** | : | Case No. 2:10-MC-34 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **RKM BUSINESS SERVICES, LLC.,** | : | |
| 100 East Campus View Blvd. | : | **Magistrate Judge Deavers** |
| Columbus, Ohio 43235, | : | |
| | : | |
| and | : | |
| | : | |
| c/o Ra Shonda Kay Marshall, | : | |
| | : | |
| **Defendants** | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 6, 2011 Order, the Court confirmed the Award of the Arbitrator and enters judgment in favor of the Petitioners in the amount of $3,515,294, plus post-judgment interest from the date of this Order in accordance with 9 U.S.C. § 13 and 28 U.S.C. § 1961.

Date:  **January 6, 2011**                                **James Bonini, Clerk**

                                                                        s/Betty L. Clark
                                                              Betty L. Clark/Deputy Clerk